DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL JEROME SULTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-199

[May 11, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 562021CF001765A.

Antony P. Ryan, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, and Richard G. Bartmon, Assistant Regional Counsel, West Palm Beach, for appellant.

Michael Jerome Sulton, Ft. Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***